IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY ANDERSON,

        Plaintiff,                          No. CIV S-09-2539 GGH P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

        Defendants.               ORDER FOR PAYMENT

                                     /       OF INMATE FILING FEE

        To: The Sheriff of Solano County, Attention: Inmate Trust Account, 500 Union Avenue, Fairfield, California, 94533:

        Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Sheriff of Solano County is required to send to the Clerk of the Court payments from plaintiff's jail trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

/////

/////

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Sheriff of Solano County or a designee shall collect from plaintiff's prison trust account the $350 filing fee by collecting monthly payments from plaintiff's jail trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the name and number assigned to this action.

2. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on the Sheriff of Solano County, Attention: Inmate Trust Account, 500 Union Avenue, Fairfield, California, 94533.

3. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: September 29, 2009

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

an2539.cdc

2