IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY ANDERSON,

        Plaintiff,                     No. CIV S-09-2539 GGH P

    vs.

PEOPLE OF THE STATE
OF CALIFORNIA, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983. On December 16, 2009, the undersigned ordered service of the amended complaint filed November 25, 2009. The undersigned also ordered plaintiff to complete and return the forms for service of the November 25, 2009, amended complaint. On December 28, 2009, plaintiff submitted these forms. On January 8, 2009, the undersigned ordered the U.S. Marshal to serve the November 25, 2009, amended complaint.

        On December 15, 2009, plaintiff filed what he alleges is a copy of the November 25, 2009, amended complaint and a motion to correct a clerical error. In the motion to correct the clerical error, plaintiff states that he is resubmitting the amended complaint filed November

1

1 | 25, 2009, because he is not sure if the court received it.  He also states that he may have made a
2 | small error in the arrangement of the pages.  Because plaintiff has already submitted copies of the
3 | amended complaint for service, the motion to correct the clerical error is denied as unnecessary.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 15, 2009, motion to amend (no. 15) is construed as an extra copy of the amended complaint filed November 25, 2009;

2. The motion to correct clerical error (no. 16) is denied as unnecessary.

DATED: January 20, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

an2539.am