IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY ANDERSON,

        Plaintiff,                  No. CIV S-09-2539 GGH P

   vs.

PEOPLE OF THE STATE
OF CALIFORNIA, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983. On September 22, 2010, defendant filed a motion to dismiss for failure to exhaust administrative remedies. Plaintiff's request for an extension to file an opposition was granted and he had until November 18, 2010, to file an opposition. Plaintiff submitted filings to the court on November 8, 2010, and November 18, 2010, but has not filed an opposition to the motion to dismiss.

        Plaintiff shall show cause within fourteen days of this order being served why this case should not be dismissed for plaintiff's failure to file an opposition or on the merits of defendant's motion.

\\\\\

1

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause within fourteen days of this order being served why this case should not be dismissed for plaintiff's failure to file an opposition or on the merits of defendant's motion.

DATED: December 8, 2010

/s/Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
ande2539.osc