**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Craig A. Tomlins, CSB #272678

Attorneys for defendant
COUNTY OF SOLANO

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROY ANDERSON, | CASE NO: 2:09-cv-02539-GGH P |
| Plaintiff, | |
| vs. | **EX PARTE REQUEST TO VACATE THE JANUARY 28, 2011 DISPOSITIVE MOTION DEADLINE** |
| PEOPLE STATE OF CALIFORNIA FOR SOLANO COUNTY/ FAIRFIELD CITY COUNTY JAIL | |
| Defendants. | |

The Court has set the dispositive motion deadline in this matter for January 28, 2011. (Docket No. 31).  On September 22, 2010, defendant SOLANO COUNTY filed a motion to dismiss on the grounds that the plaintiff has failed to exhaust his administrative remedies. (Docket No. 38).  Plaintiff's request for an extension to file an opposition was granted and plaintiff had until November 18, 2010, to file an opposition.  (Docket No. 41).  On December 9, 2010, plaintiff was ordered to show cause within 14 days why this case should not be dismissed for plaintiff's failure to file an opposition or on the merits of defendant's motion.  (Docket No. 46).  Plaintiff filed an opposition on December 13, 2010 (Docket No. 47) and defendant filed a reply on December 20, 2010.  (Docket 49).

//

1  Defendant SOLANO COUNTY respectfully requests that the Court vacate the
2  January 28, 2011 dispositive motion deadline until there has been a ruling on the
3  motion to dismiss.

4  Dated: January 25, 2011                    WILLIAMS & ASSOCIATES

                                              By: */s/ Kathleen J. Williams*
                                              KATHLEEN J. WILLIAMS, CSB 127021
                                              Attorneys for defendant COUNTY OF
                                              SOLANO

8  IT IS SO ORDERED.
9  Dated: January 26, 2011
                                              /s/ Gregory G. Hollows
                                              _____
                                              U.S. MAGISTRATE JUDGE

11 ande2539.eot